# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2019 MAY 21  PM 4: 04
S.D. OF N.Y.

JANESSA JORDAN

Write the full name of each plaintiff.

**19 CV 4704**

_____ CV _____

(Include case number if one has been assigned)

-against-

Liberty University

_____

_____

_____

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

### COMPLAINT

Do you want a jury trial?
☑ Yes   ☐ No

---

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ **Federal Question**

☐ **Diversity of Citizenship**

## A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

I was given an grade of an F on my Psych 101
Spring Course I submitted all course work
Requirements and have taken all course
Quiz. I put in for an appeal grade and so denied.

## B.   If you checked Diversity of Citizenship

### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _JANESSA JORDAN_, is a citizen of the State of
(Plaintiff's name)

New York, NY 10150
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

N/A.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _Liberty university_, is a citizen of the State of
(Defendant's name)

_Lynchburg , VA  24515_

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_N/A_.

If the defendant is a corporation:

The defendant, _Liberty university_, is incorporated under the laws of

the State of _Lynchburg, VA 24515_

and has its principal place of business in the State of _Virginia , Lynchburg_

or is incorporated under the laws of (foreign state) _N/A_

and has its principal place of business in _Lynchburg, VA_.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

## A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_JANESSA_                                _JORDAN_

First Name                  Middle Initial        Last Name

_P.O Box 814_

Street Address

_New York_                          _NY_              _10150_

County, City                              State              Zip Code

_347-280-7178_                    _Janessa Jordan98@ Yahoo.Com_

Telephone Number                      Email Address (if available)

## B.   Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

Liberty                     University

First Name                   Last Name

School   College

Current Job Title (or other identifying information)

1971   university   Blvd

Current Work Address (or other address where defendant may be served)

Lynchburg ,   VA                 24515

County, City                          State                      Zip Code

Defendant 2:

_____

First Name                   Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                          State                      Zip Code

Defendant 3:

_____

First Name                   Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                          State                      Zip Code

Defendant 4: _____

        First Name          Last Name

_____

        Current Job Title (or other identifying information)

_____

        Current Work Address (or other address where defendant may be served)

_____

        County, City        State        Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:  New York, NY

Date(s) of occurrence:  May 16, 2019

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

The supported facts of this matter
Is that I have taken up an PSYC 101
Spring course and received an grade of
an F all of the course work requirements
was submitted and quizs was taken
also all documentation is in the attachment
of this Compliant. Final Grades and
Student account Summary is also
attached the reasons for this matter
Is because the student grade appeal
was denied meaning they did not want
to appeal my grade of an F the
grading was done horrible and It needs
to be graded over the course work that was
Submitted does not deserve an grade of F.

this claim fits in the category of Education malpractice of the grades and of the other grades that Janessa Jordan has taken up for all other courses is in good standing this is the only grade that has an F. for this course seeking any settlement that the courts will give for this matter the grading should have been done better then it was done.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

No Injuries.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

Relief of $75,000 the highest amount to Sue in federal district court for for the final Grade of an F with Submitted Course work done for Springs PSYCH 101 Course.

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

**Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.**

| | |
|---|---|
| 5/16/19 | _Janessa Jordan_ |
| Dated | Plaintiff's Signature |
| JANESSA | JORDAN |
| First Name          Middle Initial | Last Name |
| P.o Box 814 | |
| Street Address | |
| New York          NY | 10150 |
| County, City          State | Zip Code |
| 347-280-7178 | Janessa Jordan 48@Verizon.um |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

> If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Forum 1 (Module2)
Janessa Jordan
Student ID L03492515

Based on your results and information presented in the textbook, should we multitask while studying?

Answer: Multitasking may be an efficient use attentional resources when performing routine or well-practiced task, such as washing the dishes or jogging a long a familiar path but when it comes to multitasking and studying in a word don't multitasking can be a distraction during studying the students have to pay attention to reading writing and learning we should not multitask while studying because we as students have to remain focused on course work.

How about while driving?

Answer: No, we should not multitask while driving the ability to divide consciousness allows us to perform two task at once but combination of driving and using a phone is associated with a threefold increase in the risk of motor vehicle accidents texting is especially dangerous while driving so much so that reaction times of drivers when texting are reduced by an average of thirty percent.

Do you think there are some task that are easier to multitask on then others? If so, which ones? If not, why not?

Answer: It is important to note that multitasking while doing natural task like eating and walking are much easier then more complicated task like texting while driving those natural task place less of a demand on the prefrontal cortex, creating an easier switch between eating and walking to your next meeting.

Apply the concept of divided attention and focused awareness to your finding and/ or experience with this activity as you answer the questions above.

Answer: the concept to divided attention and focus awareness to finding the failure to notice something right in front of your eyes because your attention is directed elsewhere the states of awareness during wakefulness that are different than the person's usual waking state.

Page 138 Module Review 4.1 State Of Consciousness

Recite It

1. Define conscious and identify and describe different states of consciousness.

Consciousness is our current (a) <u>awareness</u> of ourselves and of the world around us. States of consciousness include(b) <u>focused</u> awareness (full mental absorption), (c) <u>drifting</u> consciousness (daydreaming), (d) <u>divided</u> consciousness (splitting of consciousness between two or more task), sleep and dreaming (states of (e) <u>unconsciousness</u>, and(f) <u>altered</u> states of consciousness (change in typical level of awareness while awake).

## Recall It

1. The nineteenth-century psychology William James likened consciousness to
Answer: a. Water flowing continuously down a river.

1. The <u>selectivity</u> of consciousness allows us to focus on meaningful stimuli, events, and experiences.
2. The state of awareness in which we are completely alert and engrossed in a task is known as
Answer: c. altered consciousness

## Think About It

What steps can you take to reduce your risk of driving while distracted?

Answer: To reduce the risk of distraction cellphones should be turned off and music playing inside of the car should be on a low volume the distracting external stimuli traffic noises rumbling air conditioners and even disturbing internal stimuli driving while carrying conversations with a passenger focusing more on looking at the roads and signs and street lights and handling your steeling wheel more effectively for driving safety purposes.

Did the discussion in the module change your views on the issue?

Answer: Yes, the discussion in all the module changed my views to the states of consciousness level of alertness attention and examples on features from which I have read all of them there was no issues to be stated just learning the states of consciousness.

Why or why not?

Answer: The reason why is to remain focus on awareness drifting consciousness, divided consciousness, understanding the overviews of these different levels or states of consciousness and to not be distracted while driving with the behaviors of drinking beverages, eating, using cellphone, arguing with passages, discipline children, reading, putting on makeup, shaving or combing hair, using PDA's laptops, or other high-tech devices.

References

Nevid, J,S. (2018). Essentials of psychology: concepts and applications (Custom Edition) (5th ed.). Stamford, CT: Cengage Learning. ISBN:9781305964174

Forum 2 (Module 3)
Janessa Jordan
Student ID L03492515

Topic: You Be The Professor

Often incoming freshman rely on flashcards and rote repetition as their primary method of studying. What advantages and disadvantages of this approach?

**Answer:** The advantages to using flashcards to study is a good method of learning and passing your test this is preparing you to excel in exams when I use to take classes with my teacher one to one she would put the words on blank cards and put the definitions on the back of the cards and then test me on those cards that really help me to prepare me as a student to study for any course that I would take up in school. The advantages to using flashcards are the challenges of learning the information to readily absorb from which motivate students to become successful in the studying field flashcards and just information given to process in your mind it does help and give factual knowledge. The disadvantages approach to using this study guide is to overcome the disadvantages flashcards encourage rote learning and is a better strategy the approach to teaching.

If you were to lead a freshman seminar for incoming students, what study strategies would you recommend and why?

**Answer:** If I was to lead a freshman seminar for incoming students I would have everything prepared for them to be ready to learn and hear teaching for me and have the knowledge to be ready for the world and whatever comes they way the strategies that I will like to recommend will be to use text books, hand writing, highlighting material while reading listening to the professor teach the chapter or subject of the seminar class prioritizing seminar topics, sequencing and timing of seminar topics, identifying and articulating of seminar objectives and intended learning outcomes and using the seminar syllabus to promote seminar organizations active student involvement, and student motivation reading assignments, page numbers, quiz test dates, reports and project due dates. Teaching College Freshmen, "We sometimes forget that students are taking several courses and that exams fall at similar periods. Students need this information at the outset if they are to manage their time and be able to meet four or five sets of requirements. Take some time in the first week of class to illustrate how the syllabus provides students a preview and overview, which equips them with a mental map for the "whole trip." Just as students are encouraged to preview a chapter to get a sense of its overall structure before they read it, instructors should provide a preview of classroom delivered information that gives students a sense of its overall structure before they hear it. Research indicates that

learning of verbally presented information is enhanced by means of an "advance organizer", i.e., preparatory material delivered in advance of learning which is at a higher level of generality or inclusiveness than more specific and detailed information that follows it. When conducting class sessions during the term, point out how the material you'll be presenting relates to the syllabus or overall course plan, i.e., how this informational piece fits into the "big picture." For example, when covering specific points in class or introducing classroom activities, explicitly indicate how and where they relate to the syllabus and indicate how the material currently being discussed connects with what was just previously covered, i.e., build a conceptual bridge between where the course has been and where it is going.

Using the Syllabus to Promote Students" Active Involvement in the Course. Encourage student involvement proactively by including a written statement in the course syllabus that explicitly indicates what "active involvement" in the classroom means active listening, note-taking, and classroom participation via questions and informed comments), and that such involvement is welcomed. In addition to writing this statement on the syllabus, it can be reinforcing orally on the first day of class. Your "live" statement should serve to translate the formal, printed policy into a personal invitation for student involvement. Since first impressions can often be lasting impressions, the early delivery of a welcoming statement on the very first day of class to set an invitational tone that is likely to promote student involvement throughout the term. Make it clear that class participation will benefit students" course grades; however, point out that participation does not simply mean "speaking up" (or "winging it"). Underscore the fact that meaningful class participation means informed speaking that incorporates information acquired in class and through assigned readings. Make an explicit statement in the syllabus indicating that different viewpoints will be respected and valued. Since the syllabus may be the student's first impression of the course and the instructor, it can represent a golden opportunity to set an early positive tone for the course by sending students the message that the instructor is open to hearing diverse perspectives. Also, mention that class participation can include disagreeing with or challenging ideas the instructor's ideas or those presented in the assigned reading. Incorporate a statement in the syllabus that indicates instructor availability and willingness to meet with students outside of class. On the first day of class, direct student attention to the office hours listed in the syllabus, and mention that individual appointments can be arranged at other times if the listed hours conflict with a student's work or family responsibilities. This strategy can be taken one step further by asking students to provide the instructor with times during the week when they would be most available for an office visit. Instructors can use this information to establish or modify your office hours to better accommodate students" schedules. Even if the instructor makes just a slight modification in planned office hours, this effort is likely to be perceived favorably by students and should strengthen instructor-student rapport. Using the Syllabus to Strengthen Student Motivation and Interest in the Course. The syllabus could be said to be the first message that instructors send their students about the course. Since first impressions can carry great weight, the content and tone of the syllabus may have a significant impact on students" perceptions of the course and the instructor. As such, the syllabus may represent a unique opportunity for you to shape students" first impression of the FYS in a way that stimulates initial interest and motivation., "A good syllabus is more than a list of topics to be covered and assignments to be completed. At its best, a syllabus

introduces the subject matter, gives a rationale for learning what is to be taught, and motivates students to do their best work. Entitle course topics in a way that highlights their relevance and stimulates student interest. Consider listing topics in your course syllabus in the form of questions, issues, dilemmas, or problems to be solved. You can also use the colon as a syntactical strategy for adding descriptive interest to topic titles (e.g., "Memory: How We Remember, Why We Forget, and What We Can Do About It"). All chapters in the text have been titled in this descriptive fashion, so you can conveniently adopt or adapt these chapter headings and use them as course topic headings in your syllabus. Lest we fear that this smacks of salesmanship or gimmickry, keep in mind that research on "outstanding" or "high impact" college instructors indicates that one of their common teaching characteristics is that they "strive to make courses interesting".  Take some time on the first day of class to create a positive motivational "first impression" of the course by providing a sneak preview of the course's most relevant and stimulating topics. For instance, it is likely that students" initial interest in the course will be piqued when they hear that they will be learning about such topics as majors, careers, interpersonal relationships, and stress management (more so than study skills and time management).   Highlight the relevance of course goals to students' current and future life. Remind students of the personal benefits they're likely to experience in the seminar because of its applied, student-centered content. Specify the skills students should expect to acquire or develop by course completion—for example, learning more effectively and efficiently, thinking more deeply, and developing strategies for connecting their current college experience with their future life goals. Use the syllabus to articulate the reasons for your choice of course content, teaching methods, course assignments, and grading procedures. For instance, include a statement in the syllabus that explains the reasoning behind the selection and sequencing of course topics. If the course is following the textbook's organization and order of topics, you may be able to quickly construct this statement by adapting or adopting it.

## References

Nevid, J,S. (2018). Essentials of psychology: concepts and applications (Custom Edition) (5th ed.). Stamford, CT: Cengage Learning. ISBN:9781305964174

Forum 3 (Module 4)
Janessa Jordan
Student ID L03492515


Topic: Emotional Intelligence


My mother held a pencil in her mouth showing her teeth for 30 seconds and her rating was a 7= very happy she had fun doing this and then she tried the second one holding the pencil in her mouth without her teeth lips together for 30 seconds and her rating was 1=very unhappy she said she felt uncomfortable.

The facial feedback hypothesis that I have read in the text book by citing it is the hypothesis states that our facial expressions affect our emotions not only do we smile when we feel happy but smiling can makes us feel happy too even when we start out feeling sad it is a act of smiling that produces the happy feeling and it is the same hold true for other emotions as well the basic human emotions are happiness, surprise, disgust, sadness, anger, fear.

My findings of my mini-experiment for teeth is laboratory-controlled experiment is conducted in well environment where accurate measurements are possible field experiments and natural experiment variables to test hypothesis.

Yes, my findings consistent with facial feedback hypothesis because it has something to do with facial movements from which is associated with emotion.

I think that god created us to experience emotion to appreciate the gift of emotions to imagine what life would be like if you could not feel everyone most feel the emotions as human beings we should consider that our emotions are derived from god.

References

Nevid, J.S. (2018). Essentials of psychology: concepts and applications (Custom Edition) (5th ed.). Stamford, CT: Cengage Learning. ISBN:9781305964174

Forum 4 (Module5)
Janessa Jordan
Student ID L03492515

Topic: There's an app for that!

As to describing my app it will be an fashion app for clothes for women the name of it will be tranquility clothing app it will be jackets, coats, jeans, pants, shirts, sweaters, swimsuits all women apparel this app will and can be used on a smartphone to download it on iPad or iPhone also it will be a great fashion style clothes for winter, summer, spring, and fall seasons with designs. The purpose of having this app is to look at the latest fashion for all seasons of the year and newest clothing also for people to comment and conversate about the fashion style that they see on the app. It will work as soon as it is download and people who will like to become members of the app will have a choice to sign up using their name and email address and telephone numbers. As an identification target audience for my app tranquility it will be that audience for people that is into fashion and love clothes and can be used in fashion shows, photo shoots in the fashion society world. I would want everyone to buy it or download it free of charge at their own convenience of free time and learn more about the app if they would like to get involve. The key development makers and characteristic for ages 16-49 the period of the app lasting to one year or however the timing of the person that would like to keep the app on their device the elements that this app will address is a fashion bond into the fashion industry.

References
Nevid, J,S. (2018). Essentials of psychology: concepts and applications (Custom Edition) (5th ed.). Stamford, CT: Cengage Learning. ISBN:9781305964174

Forum 5 (Module 7)
Janessa Jordan
Student ID L03492515


Topic: And The Winner Is...

If a local church ask me to present three research studies or concepts from the psychology and Christian life seminar the three that I would pick is perceiving others, relating to others, and group influences on individuals behavior the rehearsal and rote learning to self-concept as to social cognition also social influence to reading, listening and exam strategies the three concepts is based on storage, summarization, and abstraction training to input and output. I selected them because they fit my category the highlights to how each of them value to Christians and church is the concept of preaching, teaching Christians life seminar that impresses the form of people giving them personal information and understanding the social environment as all members having certain characteristics in common. The most important to living because it relates to all Christians from which are living in a world to learn in some life situations that has an influence on lives. Each of the study is consistent and inconsistent with the biblical worldview is to daily study routine which is value to Christians in the real world to provide guidance in the analysis and interpretation of historic, events, personalities, and issues and the biblical foundation for study history.

References

Nevid, J,S. (2018). Essentials of psychology: concepts and applications (Custom Edition) (5th ed.). Stamford, CT: Cengage Learning. ISBN:9781305964174

Forum 6
Janessa Jordan
Student ID L03492515
Topic: psychology disorders and treatments choose following disorders
. Depression
. Anxiety
. Schizophrenia


The summarize key symptoms of all three of these disorders are for the first disorder which is depression the key symptoms are lost of interest inpleasureable activities develop feelings, hopelessness, of worthlessness, of attempts suicide and bipolar the drug treatments for depression disorders are celexa, escitulopram, Lexapro, paroxetine, paxil, pexeva, fluoxetine, Prozac,  sarafem, and sertraline, and Zoloft. The second key symptoms for anxiety fear and avoidance of public places and repeated panic attacks accompanied by persistent concern about future attacks, persistent, excessive levels of anxiety and worry, fear and avoidance of a specific object or situation, fear and avoidance of social situations or performance situations, recurrent obsessions and/or compulsions. General anxiety disorder 5.7% lifetime prevalence in population and social anxiety disorder 12.1% of the lifetime prevalence in population (approx.). The treatment for anxiety disorder is escitalopram, lexapro, duloxetine, Cymbalta, venlafaxine, Effexor XR, paroxetine, paxil, pexeva. The key symptoms for the third schizophrenia disorder is delusions, hallucinations, bizarre behavior, incoherent or loosely connected speech, in appropriate emotions or lack of emotional expression, social withdrawal, and apathy the concept of the schizophrenia disorder is a puzzling and disabling perceptions false idea, and loosely connected thoughts the treatment for the schizophrenia disorder is antipsychotic. The reason how the biblical worldview applies to understanding these disorders are the nature to mental illness disorders.
References

Nevid, J,S. (2018). Essentials of psychology: concepts and applications (Custom Edition) (5th ed.). Stamford, CT: Cengage Learning. ISBN:9781305964174

The Psychology Of Learning Development For Online Course

Janessa Jordan

Student ID L03492515

Liberty University

I have read both articles and the information in it the most important part in these two articles are about research from which is what most of the students must do when taking up online courses. In my own words to my title The Psychology Of Learning Development For Online Course I feel that it is better to learn online and interact with other students through online typing conversations we all as human beings learn something new every day the success to relating online education is every individuals rights and privileges to have the purpose and skills to learn education is the key to success for everyone to achieve their goals in life with the help of course work learning and having the skills and development to become successful in the education field of life learning and experiences the life lessons learned stepping into college is all of the basic needs of a student to know learn and be more advanced because learning can be enriching for the mind. In reading the percentage of course exclusively online and how students achieve and cumulate a grade point average following course work instructions of scheduling and study time and dates of course work to be in and submitted logging in the student account checking for updates and other assignments from the instructor students must participate in the thread discussion board  with the other classmates to help with reading and responses it is good to take notes from other students and share ideas and content asking and answering questions it is every students responsibility to learn online course work and skills every individuals self-discipline and motivation to learn and have education to prepare you for the education to prepare you for the next level of life to teach the psychology of learning development for online course facts are flexibility to balance work, family, and school the ability to study anytime and anywhere 24/7 also access to accelerated

1

fast track courses online and faster time to completion a variety of online courses and degree programs which of online courses and degrees programs which is the greater opportunity to earn specific educational credentials. The success in online courses is to set a major goal that is my most important tip for anyone attending considering an online degree is to stay on task and treat studying like a job make a study plan and manage time carefully and to have dedicated study blocks find a quiet space also to eliminate distractions online education has become huge as I am aware that it has many benefits include cost effectiveness a variety of choices of online study programs the online market is globally and it is a part of success. The principles are organized into areas of psychological skills that will help students learn more effectively in all their classes research shows that learners who hold the growth mindset that intelligence is malleable, and success is related prior knowledge can be used to help students incorporate many strategies factors associated with college. The psychology is the science of behavior and mind that includes the study of conscious and thought it is the academic discipline of immense scope psychologist seek understanding of the variety of phenomena linked to those emergent properties as a social science it aims to understand individuals principles and researching specific cases in the psychology field a professional practitioner or researcher is called a psychologist and can be classified as social psychology attempt to understand the role of mental functions in individual and social behavior while also biological processes the underlie cognitive functions and behaviors. In computer-based teaching and learning interaction was between the student and computer drills or micro world simulations digitized communication and networking in education started in the mid-1980's educational institutions begin medium by offering distance learning courses using computer networking for information. Early learning and training often replicated autocratic teaching styles whereby the role of the online learning system was also as opposed to system developed later based on computer supported collaborative learning which encourage knowledge video conferring was an important forerunner to the education technologies known today image and sound video conferencing requires settings within the museum for broadcast equipment id required for both the provider and the participant thank you liberty university for making heavy use of web-based training, online distance learning and online emphasis on the use of learning networks which are text-based online virtual reality system to create course websites study conducted by the U.S Department Of  Education

academic public and private schools participating in student financial aid programs offered online course for all students that is willing to learn and to prepare themselves for the next level. I have learned factors related to success in online education from reading the articles by Waschull (2005) and Roper (2007) that scores on these factors to predict student performance in online introductory psychology and online human growth and development courses the self- discipline and motivation was the only factor predictive of online psychology course success the method to materials participant and procedure results also participation and attrition the reliability to online course performance also discussion reading the table 1 of the intercorrelations between students characteristic and performance items 1.test average 2.assignment average 3.final exam 4.final average 5.Sd/Mot 6.Tel Ex 7.Tec Acc 8.Text Pref 9.SS 10.time how I can specifically incorporate these factors related to online success in this course for the results contradict the model proposed and the consistent with research on the higher education accreditation completive education programs. My module planning with education and online courses will help students become aware of the relationships that exist between education career planning and work learning students will use a variety of resources to create an academic and plan that will reflect their postsecondary goals considering lessons planning knowing the ability levels, backgrounds, interest levels, attention spans, ability to work together in groups prior knowledge and learning experiences special needs or accommodations and learning preferences social and physical that impacts lifelong learning well-being and success.

References

Roper, A.R (2007). How students develop online learning skills. Educause quarterly, 1, 62-65.

Janessa Jordan (2019) The Psychology Of Learning Development For Online Course.

Nevid, J,S. (2018). Essentials of psychology: concepts and applications (Custom Edition) (5th ed.). Stamford, CT: Cengage Learning. ISBN:9781305964174

The Personality Of individuals

Liberty University

Student ID L03492515

I have taken the informal personality test and my results was ESFP
Extravert (22%) sensing (12%) feeling (16%) perceiving (12%) the
personality text had sixty-four questions on it the meaning of the test that
I have taken for my personality and self-development. My experience on
taking personality test I have always had an good result answer to my
test the measure in my thoughts about test based questions that is on the
test is picking the correct answers that best fits me I feel that it relates to
me as to a justification to see how my personality is and what areas that I
will need to work on. The advantages of a personality test is to help
individual see how their personality is through a test result and that is
what helps them manage to see what they will have to change and
making them better to be a self- development person on the topic of their
personality because that is what speaks for them so that others can take
to them through their personality to what they may like or dislike about
them also their positive qualities of their personality test to be used for
self-reflection and understanding that is for job placement and learning
how to better interact with others in team or group work to characteristic
and personality types the personality test are used for placement
purposes. The disadvantage is too faking responses to personality test
having a limitation in terms of scoring in that they offer on score for a
range of different questions including questions of behavior and
cognition interpretation of the responses is limited a personality test
advantages and disadvantages of personality traits. My experience did
reflect on the advantages and disadvantages personality testing going
beyond the tangible skills like tool, through test and assessments it was a
conspicuous benefit for me as to me being a candidate to taking
personality test from which increase my self-knowledge to the
disadvantages of self -report inventories the important reliability in
psychological test. Being aware of someone's personality could be

1

helpful in predicting their behaviors settings to how to react to the situation and other people by being aware of their personality style and preferences and tendencies the workplace environment which can help an individual see where attitude is important to someone's personality maybe cheerful and upbeat the prized employees they help bring positive perspective to the workplace someone with a negative attitude is usually someone that most people prefer not to work with personality predict behavior in understanding it limitations thinking about personality as a collection that is categorical in nature as to describe someone's as being either an introvert or an extrovert. The most common measures settings to objective test and projective measures myser-briggs type indicator, Neo pi-R, Minnesota multiphasic personality inventory (MMPI), 16 PF, Eysenck personality questionnaire, and Rorschach test these are the design measures to personality test and behavioral style both are the aspects to the individual personality. The concept of personality as I have learned and experience that have fit within the biblical worldview to individually define personality as the combination of characteristic or qualities that form an individual's distinctive character then this idea is consisted with biblical, we are all unique, because of the two reasons. First, God created people. Second, all people have different experiences and reactions to he world the most famous passage on first point comes from (NIV psalm 139 13-16). The personality is the matter of the heart which is the organ which pumps blood through our bodies expressing personality is such an intellect and emotion the biblical worldview is relatively for unblushing affirmation of goodness I have experienced much wisdom and knowledge. It was the greatest delighted experience to learning about the biblical worldview from which has a big impact on every individual experience constituting a complex, diplographic and the belief in the degree of events personality traits. A biblical worldview is the fundamental cognitive orientation of an individual encompassing the whole of the individual's knowledge and point of view the world-perceiving and conceiving cultural mindset personal world and perspectives directly accessible to articulation and discussion as opposed to existing at deeper, preconscious level such as the idea biblical worldviews beliefs are often deeply rooted reflected on by individuals and brought to the surface only in moments of crises of faith the creative adventure of mankind human being take their place in speech and continue to modify language and thought by their creative exchanges the people originates world experiences living up to the ideals of one's worldview provides a sense of self-esteem which provide a sense of

transcending the limits of human life biblical worldview of free will leads to disciplines that are governed by simple laws that remain constant and are static an empirical the most reliable model for building an understanding of the world interest in the context and this world influence human biblical worldviews the revolting to absolute space and time that is efficacy of the teaching philosophical distinction between appearance and reality which particularly pertinent to everyday contemporary living self-conception individuality and the possibility of real meaning focusing on culture, school focus on deductive reasoning cause and effect, good questions, and process issues are often seen communication, interpersonal interaction, and business dealings are very relationship driven , with every interaction having an effect on the honor of the biblical worldview status of the participants personal creators sacrificial, emotional, spiritual and attitudinal demands being made of super intelligence. The personality of individuals to have the idiotic glow typical of personality cult portraiture knowing the biblical principles carefully and learning apostolic in teaching and Pentecostal in experience personality dimension as Christian leaders.

References

Nevid, J,S. (2018). Essentials of psychology: concepts and applications (Custom Edition) (5th ed.). Stamford, CT: Cengage Learning. ISBN:9781305964174

Student Dashboard        myBlackboard        Resources        JF Library        Janessa Jordan
                                                                                 My Profile

*Spring 2019* (handwritten)

My Grades

## My Grades

| ITEM NAME | ALIGNMENTS | DUE DATE | LAST STUDENT ACTIVITY | LAST GRADE CHANGE | GRADE | COMMENTS |
|---|---|---|---|---|---|---|
| Weighted Total | | | | | | |
| Total | | | | | 579.30/950 | |
| Total | | | | | 579.30/950 | |
| Course Requirements Checklist | Alignments | Mar 20, 2019 | Mar 18, 2019 1:48 PM | Mar 18, 2019 1:48 PM | 10.00/10 | |
| Online Success Assignment | Alignments | Mar 25, 2019 | Apr 11, 2019 8:40 AM | Apr 11, 2019 5:22 PM | 21.00/60 View Rubric | Hi Janessa, |

I see that you addressed in your paper what is take to be come a successful online student. The advice you shared was on target however I see a few components missing and your APA format could use some improvement. I have marked up your paper with comments to help you understand the proper APA format.  Great job with including your references please be sure that they are in proper APA format and that you use citations in your paper to support your thoughts and opinions. Please know that it is crucial that you give the author credit for his/her findings if you don't cite the information properly this is

| ITEM NAME | ALIGNMENTS | DUE DATE | LAST STUDENT ACTIVITY | LAST GRADE CHANGE | GRADE | COMMENTS |
|---|---|---|---|---|---|---|
| | | | | | | considered plagiarism. Please refer to the APA manual or Purdue Owl website to help you better understand the expectations of APA guidelines.  For full credit I am also looking to see that you create a chart reflecting how you are going to manage your study time along with your personal life as an online student.  It is important to created a time management strategies in your daily routine to be a successful student. I want to offer again assistance with helping you with your APA formatting so you can have a better understanding when it comes to proper formatting or you are welcome to reach out to the online writing center for additional assistance. Please see rubric for further feedback. |
| | | | | | | View Full Comment |
| Forum 5 (Module 7) | Alignments | May 2, 2019 | Mar 31, 2019 10:23 PM | May 14, 2019 11:50 AM | ▨/60 View Rubric | |
| Personality Assignment | Alignments | Apr 29, 2019 | Apr 11, 2019 4:19 PM | May 4, 2019 12:19 PM | 21.00/60 View Rubric | Janessa,

Thanks for submitting your personality assessment assignment. In this assignment you were to address the following components in a 3-4 page paper for full credit. I am looking to see that the following areas are addressed: 1. What was your personality type according to |

| ITEM NAME | ALIGNMENTS | DUE DATE | LAST STUDENT ACTIVITY | LAST GRADE CHANGE | GRADE | COMMENTS |
|-----------|-----------|----------|----------------------|-------------------|-------|----------|
| | | | | | | this online test? What does it mean? 2. Describe your experience taking this personality measure and your thoughts about personality testing based on your experience. 3. Using your textbook, what are the advantages and disadvantages of this type of personality test? Did your experience reflect any of these advantages/disadvantages? 4. Do you think being aware of someone's personality could be helpful in predicting their behaviors (e.g. workplace behaviors, behaviors in social settings, relationships, etc.)? And if so, how could we use personality measures in these settings? 5. How does the concept of personality as you have learned and experienced this week fit within a biblical worldview? You have been graded according to the rubric above. I see that APA format continues to be a struggle. I am more than happy to extend my offer again to help you with layout. I also want to encourage you to work on your sentence structure. Run-on sentence make it very hard for the reader to stay engaged. I also see that you did not include citations. Please know that this is required. Plagiarism's is a very big deal and if you take author's information you must give them credit. That is why I have stressed APA format for the past 7 weeks. I have put comments on the document to show you where points were taken off in the various categories. Please see rubric for further feedback. |

| ITEM NAME | ALIGNMENTS | DUE DATE | LAST STUDENT ACTIVITY | LAST GRADE CHANGE | GRADE | COMMENTS |
|---|---|---|---|---|---|---|
| | | | | | | View Full Comment |
| | | | | | | Hi Janessa, |
| | | | | | | Excellent job with describing your app and sharing the purpose and how it works.  I see that you identify the target audience for your app (i.e., who you would want to buy/download it). Very creative thought process as you discussed the key developmental markers or characteristics for that age group. Please be sure to cite your information in APA format and include a reference for full credit. |
| Forum 4 (Module 5) | Alignments | Apr 18, 2019 | Mar 24, 2019 9:22 PM | Apr 27, 2019 8:47 PM | 42.30/60 View Rubric | I enjoyed reading your replies to your classmates. I see that you identified additional elements that could be added to a classmate's app to address the developmental period it is designed for. For full credit I need you to use citations from the textbook to support your feedback. Please see rubric for further feedback. |
| | | | | | | View Full Comment |
| Forum 6 (Module 8) | Alignments | May 8, 2019 | Apr 1, 2019 5:08 PM | May 14, 2019 11:45 AM | 29.00/60 View Rubric | Janessa,  The information that you shared on the possible causes was very informative and it shows that you have better understanding of this disorder. Please be sure to relate this disorder to the biblical worldview for full credit |

| ITEM NAME | ALIGNMENTS | DUE DATE | LAST STUDENT ACTIVITY | LAST GRADE CHANGE | GRADE | COMMENTS |
|---|---|---|---|---|---|---|
| | | | | | | and include citations in APA format. ( Nevid, 2018) Direct quotes ( Nevid, 2018, p. 2) |
| | | | | | | Replies: The information that you shared was insightful however please be sure to answer the questions in the instructions such as: a professional treatment plan, what type of intervention you would suggest. Be sure that you include citations and a reference in APA format for full credit. Please see rubric for further feedback. |
| | | | | | | View Full Comment |
| Forum 1 (Module 2) | Alignments | Mar 28, 2019 | Mar 17, 2019 6:32 PM | Apr 6, 2019 1:36 PM | 37.00/60 View Rubric | Hi Janessa, Excellent job with you discussion board thread. Your thread included information presented in the textbook, and reasons why/why not we should multi-task while studying and/or while we are driving. For full credit I need you to support your thoughts and opinions with citations from your book. Great job with addressing tasks that are easier to multi-task on than others. Excellent job with giving examples of healthy multi-tasking and finding out what works for you. Please be sure to include biblical truth to your discussion board for full credit. Replies- I am looking to see interaction with your classmate rather than just agreeing or disagreeing with their post. I also want to see |

| ITEM NAME | ALIGNMENTS | DUE DATE | LAST STUDENT ACTIVITY | LAST GRADE CHANGE | GRADE | COMMENTS |
|---|---|---|---|---|---|---|
| | | | | | | you give them recommendations on their post.  Please be sure to support your points with evidence from the textbook. |
| | | | | | | View Full Comment |
| Forum 2 (Module 3) | Alignments | Apr 4, 2019 | Mar 19, 2019 9:25 PM | Apr 13, 2019 6:53 PM | 39.00/60 View Rubric | Hi Janessa. Excellent job with addressing the advantages and disadvantages of the studying by flash cards and rote repetition. Great job with addressing what you would use for incoming freshman with addressing different study strategies. I see that you are struggling with your citations and using proper APA format. Please refer to the Purdue owl website or APA manual.  If you can't seem to figure out the correct format please email me and I will be happy to review this information with you via phone conversation. The replies to your two classmates were done very well but I am looking for more interaction rather than just agreeing with your classmates. Please include thoughtful interaction and support it with citations and a reference for full credit.  Please see rubric for further feedback. |
| | | | | | | View Full Comment |
| Forum 3 (Module 4) | Alignments | | | | 26.00/60 View Rubric | Hi Janessa, |

| ITEM NAME | ALIGNMENTS | DUE DATE | LAST STUDENT ACTIVITY | LAST GRADE CHANGE | GRADE | COMMENTS |
|---|---|---|---|---|---|---|
| | | Apr 11, 2019 | Mar 22, 2019 5:27 PM | Apr 20, 2019 2:53 PM | | Great job with sharing your findings with your mini-experiment. Please be sure to read the directions carefully as it said to have 10 people take part in this experiment.  Excellent job with relating your thoughts why you think God created us emotional human beings. Please be sure to include citations when using direct quotes and be sure to put quotations around the sentence.  Your citations should look like this for APA format.  ( Nevid, 2018 p.99).<br><br>Please know that your replies were well done however just be sure that you have your citations correct for direct quotes.   For full credit I need you to give an explanations for why someone might feel the "happy" emotion in this mini-experiment. Please see rubric for further feedback.<br><br>View Full Comment |
| Chapter 1 Quiz | Alignments | Mar 25, 2019 | Mar 18, 2019 1:51 PM | Mar 18, 2019 2:22 PM | 26.00/40 | |
| Chapter 2 Quiz | Alignments | Mar 25, 2019 | Mar 18, 2019 2:26 PM | Mar 18, 2019 2:59 PM | 26.00/40 | |
| Chapter 3 Quiz | Alignments | Apr 1, 2019 | Mar 19, 2019 6:34 PM | Mar 19, 2019 6:55 PM | 26.00/40 | |
| Chapter 4 Quiz | Alignments | Apr 1, 2019 | Mar 19, 2019 7:04 PM | Mar 19, 2019 7:33 PM | 32.00/40 | |
| Chapter 5 Quiz | Alignments | | Mar 22, 2019 | Mar 22, 2019 | 28.00/40 | |

| ITEM NAME | ALIGNMENTS | DUE DATE | LAST STUDENT ACTIVITY | LAST GRADE CHANGE | GRADE | COMMENTS |
|---|---|---|---|---|---|---|
| | | Apr 8, 2019 | 11:32 AM | 12:02 PM | | |
| Chapter 6 Quiz | Alignments | Apr 8, 2019 | Mar 22, 2019 12:03 PM | Mar 22, 2019 12:33 PM | 30.00/40 | |
| Chapter 7 Quiz | Alignments | Apr 15, 2019 | Mar 24, 2019 6:53 PM | Mar 24, 2019 7:20 PM | 34.00/40 | |
| Chapter 8 Quiz | Alignments | Apr 15, 2019 | Mar 24, 2019 7:21 PM | Mar 24, 2019 7:40 PM | 22.00/40 | |
| Chapter 9 Quiz | Alignments | Apr 22, 2019 | Mar 24, 2019 7:44 PM | Mar 24, 2019 8:14 PM | 20.00/40 | |
| Chapter 11 Quiz | Alignments | Apr 29, 2019 | Mar 27, 2019 8:57 PM | Mar 27, 2019 9:20 PM | 32.00/40 | |
| Chapter 12 Quiz | Alignments | May 6, 2019 | Mar 27, 2019 9:21 PM | Mar 27, 2019 9:40 PM | 32.00/40 | |
| Chapter 13 Quiz | Alignments | May 10, 2019 | Mar 31, 2019 7:08 PM | Mar 31, 2019 7:34 PM | 22.00/40 | |
| Chapter 14 Quiz | Alignments | May 10, 2019 | Mar 31, 2019 7:34 PM | Mar 31, 2019 8:01 PM | 24.00/40 | |

Icon Legend

Student    New ⌄    ⏻
(https://www.liberty.edu/beacon-rest/logout)

Open (1)          Closed (3)

---

Final Grade Appeal # 673671   🗓 05-14-2019 1:23PM   🗂 Final Grade Appeals - PSYC 101-D27   👤 Cynthia Krummrey   Original Grade: F          Denied
Term: 201920

May 14, 2019

I would like to appeal the final grade for course PSYC 101-D27 Spring 2019 I am attaching the forums and assignments that was done and submitted for this course it is in the attachment of this appeal final grade I am dissatisfied with this grade and I feel that the grading should have been done better my current grade...  More

**Preferred Outcome:**
May 14, 2019 I would like to appeal the final grade for course PSYC 101-D27 Spring 2019 I am attaching the forums and assignments that was done and submitted for this course it is in the attachment of this appeal final grade I am dissatisfied with this grade and I feel that the grading should have been done better my current grades for my most recent courses is in good standing. I have retaken this course over and put a lot of effort into it to pass the course and to get a good grade please review the attachments and my student blackboard of the course submissions comments on students forums on discussion board thank you. Sincerely, Janessa Jordan Student ID L03492515

**Decision:**
The assignments have been reviewed and it is determined that Professor Krummrey graded assignments appropriately. The most points were lost for quiz grades; students were given the opportunity to retake each quiz if they were unhappy with their grade and I see that each quiz was only taken once. I am sorry, but this appeal is denied.

Uploaded Documents:

| | | | | | |
|---|---|---|---|---|---|
| 📄 (https://www.liberty.edu/beacon-rest/incidents/673671/uploads/75151) | 4 correct order APA personailty assignment psy 101 new spring 2019 (3) new edit (2).docx (https://www.liberty.edu/beacon-rest/incidents/673671/uploads/75151) | 18 KB | Janessa Jordan | 05-14-2019 1:23 PM | *personality assignment* |
| 📄 (https://www.liberty.edu/beacon-rest/incidents/673671/uploads/75150) | forum 4.docx (https://www.liberty.edu/beacon-rest/incidents/673671/uploads/75150) | 13 KB | Janessa Jordan | 05-14-2019 1:23 PM | *forum4* |
| 📄 (https://www.liberty.edu/beacon-rest/incidents/673671/uploads/75154) | forum 2.docx (https://www.liberty.edu/beacon-rest/incidents/673671/uploads/75154) | 16 KB | Janessa Jordan | 05-14-2019 1:23 PM | *forum2* |
| 📄 (https://www.liberty.edu/beacon-rest/incidents/673671/uploads/75149) | forum 3.docx (https://www.liberty.edu/beacon-rest/incidents/673671/uploads/75149) | 13 KB | Janessa Jordan | 05-14-2019 1:23 PM | *forum3* |
| 📄 (https://www.liberty.edu/beacon-rest/incidents/673671/uploads/75153) | correct order APA format online assignment psy101 new spring course 2019 new edit 4 (1).docx (https://www.liberty.edu/beacon-rest/incidents/673671/uploads/75153) | 18 KB | Janessa Jordan | 05-14-2019 1:23 PM | *online assignment* |
| 📄 (https://www.liberty.edu/beacon-rest/incidents/673671/uploads/75152) | forum 5.docx (https://www.liberty.edu/beacon-rest/incidents/673671/uploads/75152) | 13 KB | Janessa Jordan | 05-14-2019 1:23 PM | *forum5* |

| | | | | |
|---|---|---|---|---|
| ▯ (https://www.liberty.edu/beacon-rest/incidents/673671/uploads/75156) | forum 6.docx (https://www.liberty.edu/beacon-rest/incidents/673671/uploads/75156) | 13 KB | Janessa Jordan | 05-14-2019 1:23 PM | *forum6* |
| ▯ (https://www.liberty.edu/beacon-rest/incidents/673671/uploads/75148) | forum 1.docx (https://www.liberty.edu/beacon-rest/incidents/673671/uploads/75148) | 16 KB | Janessa Jordan | 05-14-2019 1:23 PM | *forum1* |

☁ Upload Document     Appeal

---

Complaint # 628825   📅 11-06-2018 8:25PM   📧 Registrar   Term: 201840     Acknowledged

i would like to appeal this grade because i received an email that i was on academic standing probation because of my grade for this course i have a 774 points which is a grade C i did read that a C is a passing grade for this course all of my work for this busi 223 course is uploaded on the students blackboard i just will like the appeals department to review course work and change the grade.

**Preferred Outcome:**
the appeal of this grade of 774 which fits in a category of a grade of C i did read on the course that a grade C is a passing grade all of my work is on the students blackboard on the liberty university students board all course work is uploaded and is in instruction ordered for the course.

**Decision:**
Janessa, Thank you for taking the time to submit this form. We appreciate the opportunity to review this for you. I see that you have received a grade of C for your BUSI 223 course in the Fall 2018 semester. This is a passing grade and will count as sufficient for your program. As a part of your program's requirements, you must maintain a GPA equivalent to academic Good Standing each semester you are enrolled. Because you are currently a freshman (0-23.99 earned credit hours), you must maintain a 1.50 GPA. After the Summer 2018 semester, because you did not meet this requirement, you were placed on Academic Warning, which is simply a warning to let you know that your GPA is below the requirement. As you were not able to raise your GPA to the minimum requirement after the completion of your Fall 2018 course, you were placed onto Academic Probation. Academic Probation does not prevent you from registering or completing your courses. This is simply a probationary status to let you know that your GPA is below the requirement, and you will need to bring your GPA to your program's minimum standard in order to go back into good standing. During your next term of enrollment, if you are unable to reach the GPA requirement you will be placed on to Academic Suspension and need to submit an Academic Standing Appeal Form in order to appeal to continue taking courses. I encourage you to consider repeating PSYC 101 to help raise your GPA. The Repeat Policy allows you to raise your GPA by retaking courses in which you previously received an unsatisfactory grade. This excludes the previous grade from your GPA calculation, however both grades will remain on your academic transcript. Once the most recent final grade is posted in ASIST, the Registrar's Office will automatically update your GPA calculation. Please note that your Academic Standing and Financial Aid Standing (SAP) are completely separate issues. If you have any questions regarding your Financial Aid status, please contact the Financial Aid Office at 888.583.5704 or financialaid@liberty.edu.

**Uploaded Documents:**
none

---

Final Grade Appeal # 527123   📅 10-31-2017 10:43AM   📧 Final Grade Appeals - PSYC 101-B08   👤 Suzanne Peniche   Original Grade: F     Approved
Term: 201620

Appealing the final grade 217.00 that professor Panache, Suzanne S she took grade points from me for going over the tests time on the psychology 101 course I ask that you appeal this decision in good faith of a fair and equal grade point average.

**Preferred Outcome:**

Janessa Jordan P.o Box 814 New York, NY 10150 October 30, 2017 Liberty University 1971 University Blvd Lynchburg, VA 24515 Dear Liberty University, This letter is in reference to student ID Lo3492515 Janessa Jordan after doing research and going through my student blackboard of my grades to an course that I have taken up already 201620 spring psychology 101 B08 Luo I did not know or was not informed that if you go over the course test time that professor will take points off of your grades I was informed by an email from professor Panache, Suzanne S that she was taking points from my grades being that I went over the time method of the tests that was in the online week by week course my grade points is withstanding now at 217.00 I did email professor Peniche, Suzanne S to ask her will she give me the points back that she had took of my grades for the course tests she never made that decision or answer my email back. I feel that it was unfair that she had taken points away from me I did learn a lot from taken the psychology 101 course up for your program offered and after taking this course I had written a book based on this psychology course the name of my book is titled The Power In Psychology and you can read it freely on website http://freeditorial.com/en/books/the-power-in-psychology this book is now on sale globally and is on sale in book store barnsandnoble I am pretty sure that I had passed this course and professor Panache, Suzanne S took points away from me and failing me as if I never passed I am asking for those points that was taking to be given back I have made every effort to study materials to the course and take the test every week I also look forward to taking up other online course programs of study that you offer I appreciate your time and considerations and look forward to hearing from you soon. Sincerely, Janessa Jordan

**Decision:**

Thank you for your communication about the course, Ms. Jordan. I have reviewed communication with the instructor as well as reviewed the course and gradebook. I see that on Quiz 2, the grade reported was 9/40 (Original grade was 24, but 15 points were deducted for going over time). The time stamp began Jan 18, 2016 10:12:29 AM and completed Jan 18, 2016 11:13:19 AM. Fifteen points were returned to that quiz grade. Quiz 3- 8/40, Original grade was 22, but 14 points were deducted for going over the time. Fourteen points were given back for this quiz as well. Quiz 4: 7 points were returned A total of 253 points were earned for the course, but that will not change the final grade of F. Regarding DB grades, please note that Mrs. Peniche communicated that late DB posts were not accepted multiple times and there is no record of communication with Mrs. Peniche requesting extensions or accommodations. DB1- 0/50, Due Jan 21st, Submitted Jan 26, 2016 11:24:50 AM DB2- Due Jan 28, Submitted Jan 29, 2016 4:36:03 PM DB3- 7/50, Student did not submit reply posts and did not meet the minimum word count on the original post. Professor gave extensive feedback. DB4- 0, did not match the assignment prompt, and no response posts were submitted DB5- 0, did not match the assignment prompt, and no response posts were submitted DB6- 0 (Due Feb. 25, Submitted Mar 1, 2016 1:00:39 PM) DB7- 0 (Due March 3, Submitted Mar 8, 2016 1:42:34 PM) DB8- 0 (Due March 9, Submitted Mar 12, 2016 2:28:06 PM) I do hope that you continue your studies with LUO. We want to support you and see you successful; with clear communication and a clear plan of action, our instructors are available and willing to help you along the way.

Uploaded Documents:

| | | | | | |
|---|---|---|---|---|---|
| (https://www.liberty.edu/beacon-rest/incidents/527123/uploads/30534) | letter to school.docx (https://www.liberty.edu/beacon-rest/incidents/527123/uploads/30534) | 13 KB | Janessa Jordan | 10-31-2017 10:43 AM | *Letter for appeal* |

# Final Grades

L03492515 Janessa Jordan
Spring 2019
May 16, 2019 01:25 pm



## Student Information

**Current Program**
Bachelor of Science

| | |
|---|---|
| **Level:** | Undergraduate |
| **Program:** | BS: BUSI ADMINISTRATION-LUO |
| **Admit Term:** | Fall 2018 |
| **Admit Type:** | Liberty Applicant |
| **Catalog Term:** | Fall 2018 |
| **College:** | School of Business |
| **Campus:** | LUO |
| **Major and Department:** | Business Administration, Business |
| **Academic Standing:** | |

## Undergraduate Course work

| CRN | Subject | Course | Section | Course Title | Campus | Final Grade | Attempted | Earned | GPA Hours | Quality Points |
|---|---|---|---|---|---|---|---|---|---|---|
| 34502 | PSYC | 101 | D27 | General Psychology | LUO | F | 3.000 | 0.000 | 3.000 | 0.00 |
| 32058 | UNIV | 104 | D25 | Instr Tech for Online Learning | LUO | B | 3.000 | 3.000 | 3.000 | 9.00 |

## Undergraduate Summary

| | Attempted | Earned | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|
| **Current Term:** | 6.000 | 3.000 | 6.000 | 9.00 | 1.50 |
| **Cumulative:** | 12.000 | 6.000 | 12.000 | 15.00 | 1.25 |
| **Transfer:** | 0.000 | 0.000 | 0.000 | 0.00 | 0.00 |
| **Overall:** | 12.000 | 6.000 | 12.000 | 15.00 | 1.25 |

Select another Term

# Final Grades

L03492515 Janessa Jordan
Fall 2018
May 16, 2019 01:25 pm



## *Student Information*

**Current Program**
Bachelor of Science

| | |
|---|---|
| **Level:** | Undergraduate |
| **Program:** | BS: BUSI ADMINISTRATION-LUO |
| **Admit Term:** | Fall 2018 |
| **Admit Type:** | Liberty Applicant |
| **Catalog Term:** | Fall 2018 |
| **College:** | School of Business |
| **Campus:** | LUO |
| **Major and Department:** | Business Administration, Business |
| **Academic Standing:** | Academic Probation |

## *Undergraduate Course work*

| CRN | Subject | Course | Section | Course Title | Campus | Final Grade | Attempted | Earned | GPA Hours | Quality Points |
|---|---|---|---|---|---|---|---|---|---|---|
| 45299 | BUSI | 223 | B03 | Personal Finance | LUO | C | 3.000 | 3.000 | 3.000 | 6.00 |

## *Undergraduate Summary*

| | Attempted | Earned | GPA Hours | Quality Points | GPA |
|---|---|---|---|---|---|
| **Current Term:** | 3.000 | 3.000 | 3.000 | 6.00 | 2.00 |
| **Cumulative:** | 12.000 | 6.000 | 12.000 | 15.00 | 1.25 |
| **Transfer:** | 0.000 | 0.000 | 0.000 | 0.00 | 0.00 |
| **Overall:** | 12.000 | 6.000 | 12.000 | 15.00 | 1.25 |

Select another Term

# Summary of Account

L03492515 Janessa Jordan
Spring 2019
Apr 01, 2019 08:12 pm

⚠ If you are in an installment plan that requires an adjustment and if you don't confirm the new payment amount by going back through Financial Check-In to receive a new Check-In Confirmation page, the last confirmed current amounts will be processed.

If you are in an installment plan that requires an adjustment, you MUST confirm the remaining drafts at the new amount at least 5 days prior to the next draft date, through Financial Check-In to receive a new Check-In Confirmation page that states "Thank you for completing Financial Check-In".

This is a VIEW ONLY summary.

**Select a Term:** Spring 2019 ▾

| Description | Charges | Payments |
|---|---|---|
| Previous Balance | $0.00 | |
| Inclusive Access Fee | $228.00 | |
| Inclusive Access Fee Waiver | -$228.00 | |
| Technology Fee – UG | $199.00 | |
| Tuition – Liberty Online | $2,730.00 | |
| Installment Pay CC | | $2,929.00 |
| **Total** | **$0.00** | |

# Summary of Account

L03492515 Janessa Jordan
Fall 2018
Apr 01, 2019 08:12 pm

⚠ If you are in an installment plan that requires an adjustment and if you don't confirm the new payment amount by going back through Financial Check-In to receive a new Check-In Confirmation page, the last confirmed current amounts will be processed.

If you are in an installment plan that requires an adjustment, you MUST confirm the remaining drafts at the new amount at least 5 days prior to the next draft date, through Financial Check-In to receive a new Check-In Confirmation page that states "Thank you for completing Financial Check-In".

This is a VIEW ONLY summary.

**Select a Term:** Fall 2018 ▾

| Description | Charges | Payments |
|---|---|---|
| Previous Balance | $0.00 | |
| Inclusive Access Fee | $114.00 | |
| Inclusive Access Fee Waiver | -$114.00 | |
| Late Check-In Fee | $125.00 | |
| Return ACH Draft | $4,561.00 | |
| Failed Payment Processing Fee | $105.00 | |
| Technology Fee - UG | $199.00 | |
| Tuition - Liberty Online | $1,365.00 | |
| Federal Pell Grant | | $762.00 |
| Installment Pay ACH | | $1,564.00 |
| Web Payment- E-Check | | $2,997.00 |
| Web Payment- Visa | | $1,032.00 |
| **Total** | **$0.00** | |

# Summary of Account

L03492515 Janessa Jordan
Spring 2016
Apr 01, 2019 08:11 pm

⚠ If you are in an installment plan that requires an adjustment and if you don't confirm the new payment amount by going back through Financial Check-In to receive a new Check-In Confirmation page, the last confirmed current amounts will be processed.

If you are in an installment plan that requires an adjustment, you MUST confirm the remaining drafts at the new amount at least 5 days prior to the next draft date, through Financial Check-In to receive a new Check-In Confirmation page that states "Thank you for completing Financial Check-In".

This is a VIEW ONLY summary.

**Select a Term:** Spring 2016 ▾

| Description | Charges | Payments |
|---|---|---|
| Previous Balance | $0.00 | |
| Application Fee - Online | $50.00 | |
| Refund- Check | $1.00 | |
| Return ACH Draft | $2,301.00 | |
| Returned Payment Fee | $70.00 | |
| Tuition - Liberty Online | $1,305.00 | |
| Check Payment | | $704.00 |
| Federal Pell Grant | | $722.00 |
| Installment Pay ACH | | $2,301.00 |
| **Total** | **$0.00** | |

Janessa Jordan

P.O BOX 814

New York, NY 10150



RECEIVED
SDNY PRO SE OFFICE

2019 MAY 21  PM 4:04

S.D. OF N.Y.

United States District Court Southern District Of New York

500 Pearl Street Room 200

New York, NY 10007